UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Atlanta Division

In re:  
Marla Green  
    Debtor

Case No.: 19-52620-sms

Chapter: 7

CONTESTED MATTER

VS.

Georgia Spine & Orthopedics of Atlanta LLC  
Claim#8

OBJECTION TO PROOF OF CLAIM

    Comes now the debtor, by and through her attorney of record, and objects to claim number filed by Georgia Spine & Orthopedics of Atlanta LLC claim number (8) on the following grounds:

1. The Claimant has failed to establish that the claimed amount is reasonable.
2. Based on the foregoing, the debtor has a valid defense to Claim #8 filed by Georgia Spine & Orthopedics of Atlanta LLC.

Wherefore, Debtor prays:
    a) That this "Objection to Proof of Claim" be filed, read and considered;
    b) That claim not be funded by the Chapter 7 Trustee unless amended;
    c) That this Honorable Court sustain this "Objection to Proof of Claim; and
    d) That this Honorable Court inquire as to the source of treatment;
    e) That this Honorable Court inquire as to the reasonableness of this claim;
    f) That this Honorable Court require the Claimant to provide proof of payment;
    g) That this Honorable Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,

Dated:    10/14/19

/s/ Buddy Huntley  
Willie "Buddy" Huntley III  
Buddy@HolstonandHuntley.net  
Holston & Huntley LLC  
1755 The Exchange SE

STE 357
Atlanta GA 30339
1-888-513-0004
1-888-379-7774 fax
GA Bar 072909

## CERTIFICATE OF SERVICE

I certify that the foregoing document was delivered by placing the same in the US Mail with adequate postage affixed to ensure delivery and addressed as follows on 10/14/19:

Jason L. Pettie, Trustee
125 Clairemont Ave, Suite 440
Decatur, GA 30030

Thomas Christopher Grant
101 Marietta Street NW Suite 3600
Atlanta Ga 30303

Marla Green
3301 Hancock Pt
McDonough Ga 30252

/s/ Buddy Huntley
Willie "Buddy" Huntley III