**IT IS ORDERED as set forth below:**



**Date: December 4, 2019**

_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| MARLA CAROLYN GREEN, | * | CASE NO.: 19-52620-SMS |
| | * | |
| Debtor. | | |

### CONSENT ORDER ALLOWING PROOF OF CLAIM NO. 8 FILED BY GEORGIA SPINE & ORTHOPAEDICS OF ATLANTA LLC IN A REDUCED AMOUNT

Upon the Objection to Proof of Claim No. 8 (the "Claim") filed by Marla Carolyn Green ("Debtor") on or about October 14, 2019 [Doc. No. 43] (the "Objection"); and the Debtor and Claimant having agreed to compromise and settle the Objection as set forth below, and the Chapter 7 Trustee consenting to the allowance of Claimant's Claim in the amount of $68,041.79 it is hereby

ORDERED that Claimant's Proof of Claim No. 8 is hereby allowed as a general unsecured claim in the reduced amount of $68,041.79.

[END OF DOCUMENT]

Consented to by:

 /s/ Thomas Christopher Grant_____
Thomas Christopher Grant

12954739 v2

Georgia State Bar No. 297455
Freed Grant LLC
101 Marietta Street NW
Suite 3600
Atlanta, Georgia 30303
Phone: (470) 839-9300
tom@freedgrant.com

*Attorneys for Claimant Georgia Spine & Orthopedics of Atlanta, LLC*

Consented to by:

/s/ Buddy Huntley
Willie "Buddy" Huntley III
Georgia Bar No. 072909
Holston & Huntley LLC
1755 The Exchange SE
STE 357
Atlanta GA 30339
Phone: 1-844-422-8339

*Attorney for Debtor*

No Opposition by:

/s/ Jason Pettie
Jason L. Pettie
Georgia Bar No. 574783
P.O. Box 17936
Atlanta, Georgia 30316
Phone: (404) 638-5984
trustee@jasonpettie.com

*Chapter 7 Trustee*

DISTRIBUTION LIST

Willie J. Huntley, III
Holston & Huntley LLC
Suite 357
1755 The Exchange
Atlanta, GA 30339

Marla Carolyn Green
3301 Hancock Pt
McDonough, GA 30252

Jason L. Pettie
P.O. Box 17936
Atlanta, GA 30316

Thomas Christopher Grant
Freed Grant, LLC
101 Marietta Street NW
Suite 3600
Atlanta, Georgia 30303