IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **19-52620-SMS** |
| | ) | |
| **MARLA CAROLYN GREEN**, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

### TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Jason L. Pettie, Chapter 7 Trustee, and files this Notice that Trustee is remitting to the Registry of the Clerk of the United States Bankruptcy Court on behalf of Georgia Spine & Orthopaedics of Atlanta, LLC in the amount of $69,705.55 for Proof of Claim No. 8. These funds are being remitted to the registry because the creditor has not claimed these funds.

Respectfully submitted

 /s/
Jason L. Pettie, Trustee
Georgia Bar # 574783
P.O. Box 17936
Atlanta, Georgia 30316
(404) 638-5984

1

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have, on this date, served a copy of Trustee's Notice Of Deposit Of Unclaimed Funds on those parties listed below by mailing a copy thereof, via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed.

/s/_____
Jason L. Pettie, Trustee
Georgia Bar No. 574783

Georgia Spine & Orthopaedics of Atlanta, LLC
101 Marietta St NW
Suite 3600
Atlanta, GA 30303

Erik T. Bendiks, MD
11650 Alpharetta Hwy Ste 100
Roswell, GA 30076

Marla Carolyn Green
3301 Hancock Pt
Mcdonough, GA 30252

Willie J. Huntley III
Holston Huntley LLC
PO Box 78908
Atlanta, GA 30357-2908

Clerk, U.S. Bankruptcy Court
Rm 1340, Russell Federal Bldg
75 Ted Turner Dr SW
Atlanta, Georgia  30303

Office of the U.S. Trustee
Room 362, Russell Federal Bldg
75 Spring Street, SW
Atlanta, Georgia 30303